UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

| | |
|---|---|
| CHRIS E. THOMPSON, trustee of the Grizzly Peak Investors, Inc. Defined Benefit Retirement Plan, PETER M. SCHARFF, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TIMOTHY WALKER, an individual, LINDA SMITHIES-WALKER, an individual, PUGET SOUND IRON WORKS, INC., a Washington corporation, SEAPORT DEVELOPMENT, LLC, a Washington limited liability company,<br><br>　　　　Defendants. | Civil Action No. 3:09-CV-508-JE<br><br>JUDGMENT |

　　This action was determined on summary judgment and the following decision was reached:

　　It is ordered that the plaintiff, Peter M. Scharff, for himself and as successor trustee of the Grizzly Peak Investors, Inc. Defined Benefit Retirement Plan ("Plaintiff"), recover from the defendants, Timothy Walker, Linda Smithies-Walker, Puget Sound Iron Works, Inc., and Seaport Development, LLC ("Defendants"), the amount of $1,165,177.17 as of December 15, 2010, with prejudgment and postjudgment interest accruing at 35%, or $497.12 per day until paid, along with costs.

1 – JUDGMENT
{8593-03-00044278-3}

Powers, McCulloch & Bennett, LLP
1300 SW Fifth Avenue, Suite 1720
Portland, OR 97201-5637
503-228-8588
503-228-0057

It is further ordered that Plaintiff is transferred and assigned all of Defendants' rights, title, and interest in and to all rights in connection with a request for an equitable adjustment with a project which Defendants had with Lake Oswego High School involving general contractor Robinson Construction Co., including but not limited to all of Defendants' rights, title, and interest in the lawsuit of Robinson Construction Co. v. Lake Oswego School Dist. No. 7J, Multnomah County Case No. 0706-06302 (the "Lawsuit"), in the contract entered on or about October 1, 2008, by and between Puget Sound Iron Works and Robinson Construction Co. (the "Contract"), and in any proceeds and/or settlement proceeds from the Lawsuit and the Contract.

It is further ordered that Plaintiff is awarded attorney fees, expenses, and costs incurred in these proceedings and in collection of the debt, in an amount to be determined pursuant to FRCP 54.

DATED this 15 day of December, 2010.

_____
Anna J. Brown
United States District Judge

Submitted By:
Corey Tolliver, OSB #075500
mm@pmblaw.com
Powers, McCulloch & Bennett, LLP
1300 SW Fifth Avenue, Suite 1720
Portland, OR 97201
Telephone:    503-228-8588
Facsimile:         503-228-0057
Of Attorneys for Plaintiffs.

2 – JUDGMENT
{8593-03-00044278-3}

Powers, McCulloch & Bennett, LLP
1300 SW Fifth Avenue, Suite 1720
Portland, OR 97201-5637
503-228-8588
503-228-0057